720

## Leland KINNAMAN, Appellant, v. STATE of Texas, Appellee.

No. 23742.

Court of Criminal Appeals of Texas.

June 11, 1947.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to murder, punishment assessed being two years in the penitentiary. .

Appellant has filed with this court his personal affidavit advising that he no longer desires to prosecute his appeal, and at his request same is dismissed.

## Heard ROBERSON and James Scott, Appellants, v. STATE of Texas, Appellee.

No. 23749.

Court of Criminal Appeals of Texas.

June 4, 1947.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is robbery. The punishment assessed is confinement in the state penitentiary for a period of ten years.

Upon the application of each of the appellants, duly verified, in which they request this Court to dismiss their appeal, the application is granted and the appeal of each of the appellants is dismissed.

PER CURIAM.

The foregoing opinion by the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## McAllen SMITH, Appellant, v. STATE of Texas, Appellee.

No. 23773.

Court of Criminal Appeals of. Texas.

June 4, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is driving while intoxicated. The punishment assessed is confinement in the state penitentiary for a period of three years.

Upon the application of the appellant, duly verified, in which he requests this Court to dismiss his appeal, the application is granted and the appeal of the appellant is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.